# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-3089-GW-AGRx | Date | June 3, 2024 |
|---|---|---|---|
| Title | *United African-Asian Abilities Club, et al. v. Ozer Zelzah Apartments, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On June 1, 2024, Plaintiffs filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 8, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 2, 2024.

:

Initials of Preparer    JG